THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEOPHILUS BURROUGHS, Appellant, v WARDEN, O.B.C.C., CORRECTIONAL FACILITY, Respondent. [17 NYS3d 137]—

Judgment (denominated an order), Supreme Court, Bronx County (Steven Barrett, J.), entered on or about December 17, 2013, denying the petition for a writ of habeas corpus, unanimously affirmed, without costs.

The court properly found that it has territorial jurisdiction over the offenses based on petitioner's alleged sale of firearms to undercover officers in South Carolina, since they had planned this conduct in New York, and petitioner believed that the guns would be resold in New York. As the court found, the exception to New York jurisdiction set forth in CPL 20.30 (1) is inapplicable, since petitioner's possession and sale of firearms violated federal law (*see e.g.* 18 USC § 922 [a] [5]). We have considered petitioner's remaining arguments and find them

unavailing. Concur—Tom, J.P., Acosta, Richter and Kapnick, JJ.